UNSEALED

10254794

AO 442 (Rev. 11/11) (modified) Arrest Warrant

RECEIVED
UNITED STATES MARSHAL

2017 FEB -6   AM 10: 31

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT
OF CALIFORNIA

Eastern    District of    California

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher Lee<br>DOB Sept. 6, 1952<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.    2:17 - MJ - 0025    KJN

# FILED

FEB 0 7 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Christopher Lee
_____

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☒ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2251 – Production of Child Pornography

Date: Feb 4, 2017

No bail pending hearing

City and state:    Sacramento, California
_____

_____
*Issuing officer's signature*

Kendall J. Newman, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/6/17 , and the person was arrested on *(date)* 02/06/17<br>at *(city and state)* Sacramento, CA<br><br>Date: 2/6/17<br><br>_____<br>*Arresting officer's signature*<br><br>Depi , United States Magistrate Judge<br>*Printed name and title* |